1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10                                 **EASTERN DIVISION**

11   **TYRONE LAMONT GRANT,**                )
                                              )
12              **Plaintiff,**                )   Case  No. EDCV 14-1462 AJW
                                              )
13              **v.**                        )   **J U D G M E N T**
                                              )
14   **CAROLYN W. COLVIN,**                   )
     **Acting Commissioner of the Social**    )
15   **Security Administration,**             )
                                              )
16              **Defendant.**                )
     _____ )

17

18       **IT IS ADJUDGED** that defendant's decision is **affirmed**.

19

20

21   June 18, 2015

22                                             _____
                                               ANDREW J. WISTRICH
23                                             United States Magistrate Judge